CHERYL D. ORR (SBN 143196)
cheryl.orr@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California  94111
Telephone:  +1 415 591 7500
Facsimile:   +1 415 591 7510

STEPHANIE ALBRECHT (SBN 281474)
stephanie.albrecht@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  +1 310 203 4000
Facsimile:   +1 310 229 1285

Attorneys for Defendants
JUNIPER NETWORKS, INC. and
HEWLETT PACKARD ENTERPRISE
COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J SMITH CORPORATION a Wyoming Corporation; and JONATHAN KAVIAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SAI BUSINESS SOLUTIONS, LLC, a Texas limited liability company doing business as SBS CORP; SAI BUSINESS SOLUTIONS, LLC, a California limited liability company also known as SBS CORP; JUNIPER NETWORKS, INC., a Delaware corporation; HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; VENKAT KALYAN CHIVUKULA, an individual in his individual capacity and as an agent and CEO of SAI BUSINESS SOLUTIONS, LLC; ARUN SRIRAM, an individual in his individual capacity and as an agent of SAI BUSINESS SOLUTIONS, LLC; AKHIL KUMAR, an individual in his individual capacity and as an agent of | Case No. 2:26-cv-02101-AB-SSCx<br><br>**DECLARATION OF STEPHANIE ALBRECHT IN SUPPORT OF DEFENDANTS JUNIPER NETWORKS, INC. AND HEWLETT PACKARD ENTERPRISE COMPANY'S *EX PARTE* APPLICATION TO STAY DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT PENDING RESOLUTION OF MOTION TO TRANSFER VENUE**<br><br>FAC Served:          February 3, 2026<br>Removal Filed:      February 26, 2026<br>Current Response Date: April 3, 2026<br><br>Judge:  Hon. André Birotte Jr.<br>Courtroom:  7B |

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO
LOS ANGELES

SAI BUSINESS SOLUTIONS, LLC; BUCK BECKER, an individual in his individual capacity and as an agent of JUNIPER NETWORKS, INC.; JIM SMITH, an individual in his individual capacity and as an agent of JUNIPER NETWORKS, INC.; PHUONG VO, an individual in her individual capacity and as an agent of JUNIPER NETWORKS, INC.; and DOES 1-100, inclusive,

Defendants.

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO
LOS ANGELES

ALBRECHT DECLARATION ISO *EX PARTE*
APPLICATION TO STAY DEADLINE TO RESPOND
TO FIRST AMENDED COMPLAINT

- 2 -

CASE NO. 2:26-CV-02101-AB-SSCx

I, Stephanie Albrecht, declare as follows:

1.      I am an active member of the Bar of the State of California and Counsel with Faegre Drinker Biddle & Reath LLP, attorneys of record for Defendants Juniper Networks, Inc. ("Juniper") and Hewlett Packard Enterprise Company ("HPE") (collectively, "Defendants"). I am duly licensed to practice law before the courts of California, including this District Court for the Central District of California.

2.      I make this declaration in support of Defendants' *Ex Parte* Application to Stay Deadline to Respond to First Amended Complaint Pending Resolution of the Motion for Change of Venue ("Venue Motion") filed by defendant SAI Business Solutions, LLC, a Texas limited liability company ("SAI Texas"). I have personal knowledge of the facts set forth below, and if called as a witness, could competently testify to these facts.

3.      Defendants anticipate filing a partial motion to dismiss in response to Plaintiffs Jonathan Kavian and J Smith Corporation's ("Plaintiffs") First Amended Complaint ("FAC"). Defendants' current deadline to respond to the FAC is April 3, 2026.

4.      On March 6, 2026, my colleague emailed Jonathan Kavian, counsel for Plaintiffs in this matter, to inform him of Defendants' intent to seek an extension of the deadline to respond to the FAC until a decision on the Venue Motion and asking whether Plaintiffs would oppose this request. The email explained the basis for this request was that the outcome of the Venue Motion will impact Defendants' response to the FAC.

5.      On March 10, 2026, Mr. Kavian responded to my colleague's email, stating that Plaintiffs "take no position on" Defendants' request but that they were "satisfied" that Defendants had met their meet and confer obligations under the Local Rules with respect to bringing a motion.

6.      On March 12, 2026, my colleague sent a separate email to Plaintiffs'

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO
LOS ANGELES

ALBRECHT DECLARATION ISO *EX PARTE*
APPLICATION TO STAY DEADLINE TO RESPOND          - 3 -          CASE NO. 2:26-CV-02101-AB-SSCx
TO FIRST AMENDED COMPLAINT

counsel to provide notice that Defendants would be moving forward with an *ex parte* application to stay Defendants' deadline to respond to Plaintiffs' FAC until 14 days after a decision on SAI Texas's Venue Motion ("*Ex Parte* Application), asking whether Plaintiffs will oppose the application, and informing Plaintiffs' counsel that any opposition must be filed within 48 hours (2 court days) after service.  Plaintiffs' counsel responded to that email on March 13, 2026, reiterating that "Plaintiffs take no position on HPE and Juniper's motion to extend their deadline to respond to the First Amended Complaint."

7.    On March 12, 2026, my colleague also emailed Elizabeth Ernster, counsel for Defendant SAI Texas, to provide notice of the *Ex Parte* Application, asking whether SAI Texas will oppose the application, and informing Ms. Ernster that any opposition must be filed within 48 hours (2 court days) after service.  Ms. Ernster responded to that email on March 12, 2026, stating that SAI Texas does not oppose the application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 13, 2026 at Los Angeles, California.


 */s/ Stephenie Albrecht*
Stephanie Albrecht

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO
LOS ANGELES

ALBRECHT DECLARATION ISO *EX PARTE*
APPLICATION TO STAY DEADLINE TO RESPOND
TO FIRST AMENDED COMPLAINT

- 4 -

CASE NO. 2:26-CV-02101-AB-SSCx