UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J SMITH CORPORATION a Wyoming Corporation; and JONATHAN KAVIAN, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SAI BUSINESS SOLUTIONS, LLC, a Texas limited liability company doing business as SBS CORP; SAI BUSINESS SOLUTIONS, LLC, a California limited liability company also known as SBS CORP; JUNIPER NETWORKS, INC., a Delaware corporation; HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation; VENKAT KALYAN CHIVUKULA, an individual in his individual capacity and as an agent and CEO of SAI BUSINESS SOLUTIONS, LLC; ARUN SRIRAM, an individual in his individual capacity and as an agent of SAI BUSINESS SOLUTIONS, LLC; AKHIL KUMAR, an individual in his individual capacity and as an agent of SAI BUSINESS SOLUTIONS, LLC; BUCK BECKER, an individual in his individual capacity and as an agent of JUNIPER NETWORKS, INC.; JIM SMITH, an individual in his individual capacity and as an agent of JUNIPER NETWORKS, INC.; PHUONG VO, an individual in her individual capacity and as an agent of JUNIPER NETWORKS, INC.; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:26-cv-02101-AB-SSCx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS JUNIPER NETWORKS, INC. AND HEWLETT PACKARD ENTERPRISE COMPANY'S *EX PARTE* APPLICATION TO STAY DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT PENDING RESOLUTION OF MOTION FOR CHANGE OF VENUE**<br><br>FAC Served:        February 3, 2026<br>Removal Filed:     February 26, 2026<br>Current Response Date: April 3, 2026<br><br>Judge:  Hon. André Birotte Jr.<br>Courtroom:  7B |

1

Before the Court is Defendants Juniper Networks, Inc. and Hewlett Packard Enterprise Company's (collectively, "Defendants") *Ex Parte* Application for an Order Staying Defendants' Deadline to Respond to First Amended Complaint Pending Resolution of the Motion for Change of Venue filed by Defendant SAI Business Solutions, LLC, a Texas limited liability company ("SAI Texas").  Having considered the moving papers and any opposition thereto, and for good cause shown,

**IT IS** hereby **ORDERED THAT**:

1.      Defendants' Application to Stay Deadline to Respond to First Amended Complaint Pending Resolution of SAI Texas's Motion for Change of Venue is hereby **GRANTED** in its entirety; and

2.      Defendants' response to the First Amended Complaint shall be due 14 days after this Court's ruling on SAI Texas's Motion for Change of Venue.

**IT IS SO ORDERED.**

Dated: _____                     _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

2